AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
| v. | ) Case No. 23-cr-119-RMR |
| MARK DESMOND FOX | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MARK DESMOND FOX,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 18 U.S.C. § 371 (crop insurance fraud conspiracy)

COUNTS 2 and 3: 18 U.S.C. § 876(d) (extortion by mail)

COUNT 4: 18 U.S.C. § 1519 (falsification of documents)

COUNTS 5: 18 U.S.C § 1512(b)(1) (witness tampering)

COUNTS 6 and 7: 18 U.S.C. § 1512(c) (obstruction)

Date: 4/19/2023

s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell - Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*