# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-119-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    1.  MARK DESMOND FOX,

      Defendants.

---

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT

---

      The United States of America, by and through United States Attorney Cole Finegan and the undersigned Assistant United States Attorney, respectfully moves to restrict the portions of the Indictment highlighted in Attachment 1 to this Motion, and any order revealing the content of the portions to be restricted.  The United States requests a "Level 3" Restriction which would make the portions of the document and any order revealing the contents of that document "viewable by filing party & court," only until further Order by the Court.

      Respectfully submitted this 25th day of April, 2023.

                        COLE FINEGAN
                        United States Attorney

By:     *s/ Bryan David Fields*
           BRYAN DAVID FIELDS
           Assistant U.S. Attorney
           U.S. Attorney's Office
           1801 California Street, Suite 1600
           Denver, CO 80202
           Telephone: (303) 454-0100
           E-mail: Bryan.Fields3@usdoj.gov
           Attorney for Government