**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 23-cr-119-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MARK DESMOND FOX,

      Defendant.

---

**ORDER TO RESTRICT
DOCUMENT**

---

This matter is before the Court on the Government's Motion to Restrict Document. Upon consideration and for good cause shown,

IT IS ORDERED that the portions of the highlighted sections of the Indictment highlighted in Attachment 1 of the Government's Motion to Restrict Document, as well as any order revealing the contents of the contents of those portions, are hereby restricted at a Level at a "Level 3 Restriction" and will be "viewable by Filer & Court" only, until further ordered by the Court.

IT IS FURTHER ORDERED that the caption of this case on the docket shall not denote any of the information that is restricted pursuant to this order.

IT IS SO ORDERED on this 27th day of April, 2023.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge